UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHRIS NEHEMIAH ROBERTS,<br><br>Petitioner,<br><br>vs.<br><br>JOSEPH ROEMMICH, WARDEN OF SOUTH DAKOTA STATE PENETENTIARY,<br><br>Repondent. | 4:25-CV-04097-RAL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Petitioner Chris Nehemiah Roberts filed a pro se petition under 28 U.S.C. §2241 challenging his confinement in custody of the State of South Dakota. The Warden filed a Motion to Dismiss arguing that the petition was untimely, unexhausted, and procedurally defaulted. Doc. 8. This matter was referred to Magistrate Judge Veronica L. Duffy who on August 13, 2025, issued a Report and Recommendation that the Warden's Motion to Dismiss be granted. Doc. 11. The Report and Recommendation alerted Roberts that he had fourteen (14) days after service to object and that failure to timely object waived the right to appeal questions of fact. Doc. 11 at 10-11. Roberts has not timely filed any objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and finds no error of law within it. Given the absence of timely objection, this Court need not review the facts de novo. U.S. v. Williams, 557 F.3d 943, 948 (8th Cir. 2009) (citing Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986)); Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990); For good cause it is

ORDERED that the Report and Recommendation, Doc. 11, is adopted and the Warden's Motion to Dismiss, Doc. 8, is granted.

DATED this 3rd day of September, 2025.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE